**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABRAHAM HUNTER, | |
| Plaintiff, | Case No.: 1:25-cv-13150 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | daiyuanbiaoshop |
| 2 | helinlin12345 |
| 3 | li ping Street sign poster |
| 4 | bin zhen quality poster |
| 5 | BUI DUC TAM NB |
| 6 | zhi cha DH art poster |
| 7 | quwoxianhanxuanshangmaoyouxiangongsi |
| 8 | American Standard Poster Shop |
| 9 | yu li Boutique poster |
| 10 | chentiantian1 |
| 11 | sics8 |
| 12 | yi shuai Handsome poster |
| 13 | cheng wu Infinite have love studio |
| 14 | ting fa |
| 15 | Yennnnn poster |
| 16 | ĐỨC BALOTELI |
| 17 | jin na Art Studio |
| 18 | YI XIN Hd oil painting poster |
| 19 | Fit Sew |
| 20 | HuHeHaoTeShiLunMinChengShangMao |
| 21 | lingbos |
| 22 | lyxrrdq |
| 23 | SuiZhouShiZengDuQuXuYuYuan |
| 24 | YuZhouShiWeiXuShangMaoYouXianGongSi |

1

| | |
|---|---|
| 25 | CaoLi47 |
| 26 | xiaosnan |
| 27 | HeNanJiuQuanLeShangMao |
| 28 | fly flower |
| 29 | Ou Duo |
| 30 | jiangxianshuaixianshangmaoyouxiangongsi |
| 31 | AE9EUX17M |
| 32 | chenyi art |
| 33 | 裙发科技店 |
| 34 | BXCV4RE |
| 35 | ZHENGMEIGE |
| 36 | Fansipro Direct |
| 37 | wenxinchenyu |
| 38 | qiuxuhuyang |
| 39 | jia-home-xzzyc |
| 40 | qujingshengcaidianzishangwuyouxiangongsi |
| 41 | Ginfonr |
| 42 | BaoFengXianJunPengJiaJu |
| 43 | Scor-Yan-Auxi |
| 44 | 厨局康商贸 |
| 45 | Guangzhou Bangqun Trading Co., Ltd |
| 46 | Futterya |
| 47 | dong bin Glamour poster |
| 48 | YangJiangShiQianJinMaoYiYouXianGongSi |
| 49 | JJIWE |
| 50 | WanShiShengJianZhuGongCheng |
| 51 | BeiLingJingMao |
| 52 | artsselling |
| 53 | liuli668 |
| 54 | huanglixiangYS |
| 55 | zhongyanfen13 |
| 56 | luoyanggeheshangmaoyouxiangongsi |
| 57 | TaiYuanChengShuoShangMao |
| 58 | Taozhi Qianli |
| 59 | Falaza |
| 60 | tongbaixianmengyushangmaoyouxiangongsi |
| 61 | FHMDREUP |
| 62 | zhaobashangmao |
| 63 | Leixu Home Co. Ltd. |
| 64 | Run headset store |
| 65 | Little Ant DIY Art Painting |

| 66 | Yingjie Men store |
|----|-------------------|
| 67 | Hot Wind Art |