**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ABRAHAM HUNTER,

     Plaintiff,                           Case No.: 1:25-cv-13150

v.                                    Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | bin zhen quality poster |
| 17 | jin na Art Studio |
| 18 | YI XIN Hd oil painting poster |
| 41 | Ginfonr |
| 63 | Leixu Home Co. Ltd. |
| 65 | Little Ant DIY Art Painting |

DATED:  January 21, 2026                  Respectfully submitted,

                                             */s/ Keith A. Vogt*
                                             Keith A. Vogt
                                           FL Bar No. 1036084/IL Bar No. 6207971
                                           Keith A. Vogt PLLC
                                           1820 NE 163rd Street, Suite #306
                                           North Miami Beach, Florida 33162
                                           Telephone: 312-971-6752
                                           E-mail: keith@vogtip.com

                                           ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 21, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt