**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Abraham Hunter

 Plaintiff,

v.                                                                Case No.: 1:25–cv–13150

                                                                 Honorable Robert W.
                                                                 Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                                 Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

        MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's Motion For A 30–Day Extension Of Time To File Its Supplemental Memorandum On Address Diligence [40] is denied. Plaintiff's Motion for entry of Default and Default Judgment [28] filed on 1/21/2026 is denied without prejudice with leave to refile if plaintiff can submit sufficient supporting information. Plaintiff is directed to file a status report on or before 7/29/2026 to advise the status of the remaining defendants. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.