IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABRAHAM HUNTER,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:25-cv-13150

Judge Robert W. Gettleman

Magistrate Judge Beth W. Jantz

**<u>DECLARATION OF ABRAHAM HUNTER</u>**

I, ABRAHAM HUNTER, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates all the Abraham Hunter Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a self-taught painter. I create photorealistic, utopia-like scenes using oil, acrylic, and watercolor. In my art, I try to express my deep longing for a perfect world, full of peaceful homesteads, villages, and wildlife. I also love to paint images that express my faith. If my art can give someone peace, happiness, make them feel home, or put a smile on their face, then my life's work at my easel is worth it. As early as I can remember I have always been drawing, coloring, and painting. When I was twelve, I began creating and selling watercolor paintings to local restaurants and gift shops to help my family's finances. Through high school, I juggled school and work, entering as many contests as I could to

1

market my artwork. In 2012, I found a publisher and opened my own gallery. Now I sell original prints of my art on my website, and I have licensed my work for use on jigsaw puzzles, coloring kits, wall calendars, and print-on-demand fabric. I've also won a Federal Jr. Duck Stamp and Art Print of the Year from multiple wildlife conservation groups.

4.      I am the official source of products associated with the Abraham Hunter Works (the "Abraham Hunter Products"):



https://www.mhslicensing.com/artists/abraham-hunter

5.      I am the owner of the copyright registrations for the Abraham Hunter copyrighted works, which include United States Copyright Registration Nos. VA 2-408-240; VA 2-408-262; VA 2-408-238; VA 2-408-270; VA 2-408-264; VA 2-408-268; VA 2-408-269; VA 2-408-239; VA 2-404-049; VA 2-408-271; VA 2-408-241; VA 2-408-260; VA 2-408-263; VA 2-408-242; and VA 2-408-267 (the "Abraham Hunter Works").

2

6.      The success of the Abraham Hunter Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Abraham Hunter Works to consumers in this judicial district and throughout the United States.

7.      I am aware of investigations related to internet-based infringement of the Abraham Hunter Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Abraham Hunter Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Abraham Hunter Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

3

9.     My goodwill and reputation are irreparably damaged when the Abraham Hunter Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Abraham Hunter copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Abraham Hunter Works and derivative works.

10.    I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Abraham Hunter Works are meant to be exclusive rights.

11.    The marketing and distribution of the Abraham Hunter Works and derivative works are aimed at growing and sustaining sales. When infringers use the Abraham Hunter Works without authorization, the exclusivity associated with the Abraham Hunter Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12.    Uncontrolled profiteering and pirating of the Abraham Hunter Works create the impression that the copyright rights associated with the Abraham Hunter Works may be infringed with impunity. The Abraham Hunter Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Abraham Hunter Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Abraham Hunter Works cannot be compensated for financially since it erodes my ability to monetize the Abraham Hunter Works.

13.    I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgement.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2026.

*Abraham Hunter*

_____
Abraham Hunter
