# EXHIBIT A

1

## EXHIBIT A — Per-Defendant Address Investigation

*Abraham Hunter v. Schedule A, 1:25-cv-13150— to the Declaration of Yanling Jiang*

This Exhibit records the per-defendant address investigation for all fifty-nine remaining Defendants — fifty-six located in China and three located in Vietnam (Schedule Nos. 5, 16, and 34). The three Vietnam Defendants are not registered PRC entities; the PRC business-registry (Tianyancha) and SAMR-name analyses do not apply to them, and their entries reflect a Google web search and Google Maps search of the platform-disclosed Vietnamese address only. Defendants voluntarily dismissed per ECF [27] (Nos. 4, 17, 18, 41, 63, 65) and ECF [42] have been removed; the original Schedule numbering is otherwise preserved.

**No. 1 — daiyuanbiaoshop.**
Stated address: 仙游县鲤城街道, 迎勋街1288号6号楼2梯203室, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



3

Amap (高德地图)



## No. 2 — **helinlin12345.**

Stated address: 仙游县榜头镇, 官舍村官舍街道112号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



4

Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 3 — li ping Street sign poster.

Stated address: 仙游县大济镇坑北村, 寿山121号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 5 — BUI DUC TAM NB (Vietnam).**
Stated address: 75A KINH DUONG, HIEP CAT, NAM SACH, HAI DUONG, 03000, VN.
Result: This Defendant is located in Vietnam and is not a registered PRC entity; the PRC business-registry (Tianyancha) and SAMR-name analyses do not apply. The stated address was searched on Google Web and Google Maps. Google Maps returned only a partial match: the street-level portion of the address ("75A Kinh Duong, Hiep Cat, Nam Sach") did not resolve, and the search resolved no lower than the Hải Dương province area at the stated postcode (03000). The address was not verified to a specific, serviceable location connected to this Defendant. This Defendant operates an Amazon storefront with a platform-verified email address.

*Screenshots (in order):*

Google



Google Maps



### No. 6 — zhi cha DH art poster.

Stated address: 仙游县度尾镇帽山村, 仁武35号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



10

Baidu Maps (百度地图)



Amap (高德地图)



**No. 7 — quwoxianhanxuanshangmaoyouxiangongsi.**

Stated address: 枝江市马家店街道, 东湖大道28-1号1栋电商产业园1105室-6-0795工位, 宜昌市, 湖北省, 443200, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 曲沃县汉暄商贸有限公司 (USCC: 91141021MAE77N7F7J, 法人: 陈向前, status: 存续 active). The registered address (山西省临汾市曲沃县乐昌镇太和北路乐园小区1号楼4单元402室) does not match the

11

platform-stated address. Multiple unrelated businesses share the same base address with rotating suffixes. The address contains a shared workstation number. The address contains cluster-registration markers. The address is tagged as office-only.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 8 — American Standard Poster Shop.

Stated address: 李集镇老官田村008县道与107国道交叉口东500米60号, 郾城区, 漯河市, 河南, 462300, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 9 — yu li Boutique poster.**

Stated address: 仙游县鲤城街道, 师范路272号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is tagged as office-only.

*Screenshots (in order):*

Google



Google Maps



16

Baidu Maps (百度地图)



Amap (高德地图)



### No. 10 — chentiantian1.

Stated address: 柳安街931号, 仙游县鲤南镇, 莆田市, 福建, 351200, CN.

The Address led to a restaurant.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 11 — sics8.**

Stated address: 游仙区石马镇, 甘泉街148号附114号, 绵阳市, 四川, 621000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

19

*Screenshots (in order):*

Google



Google Maps



20

Baidu Maps (百度地图)



Amap (高德地图)



**No. 12 — yi shuai Handsome poster.**

Stated address: 仙游县度尾镇东峰村, 东仕63号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

21

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 13 — cheng wu Infinite have love studio.

Stated address: 仙游县鲤城街道, 学府东路1-221号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

23

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 14 — ting fa.

Stated address: 顺昌县建西镇际滨村, 龙岩6号, 南平市, 福建, 353200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is in a rural village.

25

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 15 — Yennnnn poster.**

Stated address: 湖里区, 后坑前社115号403室之二（法律文书送达地址）, 厦门市, 福建, 361000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 16 — ĐỨC BALOTELI (Vietnam).

Stated address: THÔN PHƯỢNG HOÀNG, XÃ CẨM HOÀNG, HUYỆN CẨM GIÀNG, HẢI DƯƠNG, 170000, VN.

Result: This Defendant is located in Vietnam and is not a registered PRC entity; the PRC business-registry (Tianyancha) and SAMR-name analyses do not apply. The stated address was searched on Google Web and Google Maps. Google Maps returned only partial matches at the hamlet level ("Thôn Phượng Hoàng"), offering two competing candidate locations in different communes; the stated commune ("Xã Cẩm Hoàng") and postcode did not resolve. The address

was not verified to a specific, serviceable location connected to this Defendant. This Defendant operates an Amazon storefront with a platform-verified email address.

*Screenshots (in order):*

Google



Google Maps



**No. 19 — Fit Sew.**

Stated address: 义乌市江东街道, 端头二区61幢3单元401室, 金华市, 浙江, 322000, CN. The exact address cannot be located.

Result: Tianyancha returned a registered entity 浙江省临安市昌化汽配缝制设备有限公司 (USCC: 9133018514378143OL, 法人: 李志华, status: 注销 deregistered). The platform-

disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 20 — **HuHeHaoTeShiLunMinChengShangMao.**

Stated address: 赛罕区金桥"双创"示范区, 荟智园1018室C00482号, 呼和浩特市, 内蒙古自治区, 010000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address contains cluster-registration markers.

32

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 21 — lingbos.

Stated address: 正荣财富中心, H座1103号, 莆田市, 荔城区镇海街, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 领博生物科技（杭州）有限公司 (USCC: 91330101MA2GK5GR0C, 法人: 王为超, status: 存续 active). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded

alias to the registered entity. Multiple unrelated businesses share the same base address with rotating suffixes. The address contains cluster-registration markers.

*Screenshots (in order):*

Google



Google Maps



35

Baidu Maps (百度地图)



Amap (高德地图)



### No. 22 — lyxrrdq.

Stated address: 镇海街道正荣财富中心, 处春98号, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. Multiple unrelated businesses share the same base address with rotating suffixes.

36

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 23 — SuiZhouShiZengDuQuXuYuYuan.

Stated address:

井冈山经济技术开发区火炬大道与君山大道交叉口东南角（江西艺涂实业有限公司）综合楼西侧4楼A-10008号, 吉安市, 江西省, 343121, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated

address as a business premises connected to this defendant. The address contains cluster-registration markers.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 24 — YuZhouShiWeiXuShangMaoYouXianGongSi.

Stated address: 天妃路1688号办公楼M座1763室, 莆田市, 荔城区, 福建省, 351100, CN.

The address has been located but no indication of company/seller.

Result: Tianyancha returned a registered entity 禹州市帏煦商贸有限公司 (USCC: 91411081MAEGHB8M0J, 法人: 李涛, status: 存续 active). The registered address (禹州市颍川街道建设南路46号) does not match the platform-stated address.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 25 — CaoLi47.**

Stated address: 天妃路1688号正荣财富中心M座1433室, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 26 — xiaosnan.

Stated address: 镇海街道天妃路正荣财富中心D栋8952, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 杭州萧山水务有限公司 (USCC: 91330109MA7FK7M956, 法人: 孙伟德, status: 存续 active). The platform-disclosed Business

44

Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity. The address contains cluster-registration markers.

*Screenshots (in order):*

Google



Google Maps



45

Baidu Maps (百度地图)



Amap (高德地图)



### No. 27 — HeNanJiuQuanLeShangMao.

Stated address: 卫滨区, 解放路储贸市场院内B区218号, 新乡市, 河南, 453000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 28 — fly flower.

Stated address: 鲤南镇, 八二五南街188弄7号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

48

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 29 — Ou Duo.

Stated address: 柯桥区柯桥街道, 世纪星城10幢1904室, 绍兴市, 浙江, 312300, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



51

Baidu Maps (百度地图)



Amap (高德地图)



### No. 30 — jiangxianshuaixianshangmaoyouxiangongsi.

Stated address: 山东省滕州市, 西南园街83号, 滕州市, 山东省, 277599, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

52

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 31 — AE9EUX17M.

Stated address: 金牛区, 曹家巷工人村33栋2单元318室, 成都市, 四川, 610000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

54

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 32 — chenyi art.**

Stated address: 8号, 公正街, 仙游县鲤城街道, 福建省, 351299, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

56

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 33 — 裙发科技店.

Stated address: 嘉泽二手车市场105号, 城东区, 西宁市, 青海省, 810007, CN.

The address has been located and led to Automobile Sales and Services.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in an automobile sales market.

58

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 34 — BXCV4RE (Vietnam).

Stated address: THON NOI THUONG, HA BINH, HA TRUNG, THANH HOA, 440000, VN.
Result: This Defendant is located in Vietnam and is not a registered PRC entity; the PRC
business-registry (Tianyancha) and SAMR-name analyses do not apply. The stated address was
searched on Google Web and Google Maps. Google Maps could not locate the stated hamlet
("Thôn Nội Thượng"); the search returned only commune- and district-level government
landmarks (including the Hà Trung Commune People's Committee) in the Hà Bình / Hà Trung /
Thanh Hóa area. The address was not verified to a specific, serviceable location connected to this

60

Defendant. This Defendant operates an Amazon storefront with a platform-verified email address.

*Screenshots (in order):*

Google



Google Maps



### No. 35 — ZHENGMEIGE.

Stated address: 钟秀街道尚德城邦20幢905室, 崇川区, 南通市, 江苏, 226000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated

address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 36 — Fansipro Direct.

Stated address: 莲花街道景田路万托家园20D, 深圳市, 福田区, 广东, 518000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. Multiple unrelated businesses share

63

the same base address with rotating suffixes. The address is located in a residential building. The address is tagged as office-only.

*Screenshots (in order):*

Google



Google Maps



64

Baidu Maps (百度地图)



Amap (高德地图)



**No. 37 — wenxinchenyu.**

Stated address: 榜头镇泉山村林碑路口24号201, 莆田市, 仙游县, 福建省, 523000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

65

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 38 — qiuxuhuyang.

Stated address: 黄江镇, 中泰峰镜15栋, 东莞市, 广东, 523000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 39 — jia-home-xzzyc.

Stated address: 亭林镇, 揽工路669号（众璞园区）, 上海, 上海市, 201505, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address contains cluster-registration markers.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 40 — qujingshengcaidianzishangwuyouxiangongsi.

Stated address: 平安路331号金和雅居7栋17楼1709室, 麒麟区, 曲靖市, 云南, 655000, CN. The exact address cannot be located.

Result: Tianyancha returned a registered entity 曲靖生财电子商务有限公司 (USCC: 91530302MABXNX1Y76, 法人: 易宏程, status: 注销 deregistered). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 42 — BaoFengXianJunPengJiaJu.**

Stated address: 宝丰县, 商酒务镇赵三村118号, 平顶山市, 河南, 467400, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 43 — Scor-Yan-Auxi.

Stated address: 凤凰山街道荔城南大道899号名邦豪苑2号楼312室, 莆田市, 城厢区, 福建, 351100, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

75

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 44 — 厨局康商贸.

Stated address: 岗列街道, 石湾北路大金湾商住区A2小区2单元302房, 江城区, 阳江市, 529500, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated

address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 45 — Guangzhou Bangqun Trading Co., Ltd.

Stated address: 大学东路城市碧园B座八楼8003, 西乡塘区, 南宁市, 广西, 530000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 46 — Futterya.**

Stated address: 八一大道8号长宏御泉湾香榭苑1幢913号, 黄山市, 屯溪区, 安徽省, 245000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

81

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 47 — dong bin Glamour poster.

Stated address: 仙游县鲤南镇玉塔村农产品批发交易市场, 南区9号店, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



84

Baidu Maps (百度地图)



Amap (高德地图)



**No. 49 — JJIWE.**

Stated address: 天妃路1688号办公楼M座1743室, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 50 — WanShiShengJianZhuGongCheng.

Stated address: 安徽省宿州市萧县永固镇, 前进村275号, 宿州市, 安徽, 234000, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 山西万事昇建筑工程有限公司 (USCC: 91140823MAEEMWWF9K, 法人: 王志刚, status: 存续 active). The registered address (山西省运城市闻喜县郭家庄镇西宋村351号) does not match the platform-stated address.

87

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 51 — BeiLingJingMao.

Stated address: 城厢区霞林街道, 胜利南街2001号114室, 莆田市, 福建, 351100, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 云南贝灵经贸有限公司 (USCC: 91530111560089066H, 法人: 袁峰, status: 存续 active). The registered address (云南省昆明市官渡区世纪城望春苑11幢1单元16C号) does not match the platform-stated address.

89

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 52 — artsselling.

Stated address: sikeshu Town shenxianya Village housi NO. 12, Nanzhao County, henan, 473000, CN.

The exact address cannot be located.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap.

*Screenshots (in order):*

Google



Google Maps



**No. 53 — liuli668.**

Stated address: 大沥镇盐步大道84号北苑商业楼, 佛山市, 南海区, 广东, 528000, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

92

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 54 — huanglixiangYS.

Stated address: 仙游县, 榜头镇赤荷社区过溪165号, 莆田市, 福建省, 351256, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 55 — zhongyanfen13.**

Stated address: 仙游县, 鲤南镇玉田街768号, 莆田市, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

96

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



**No. 56 — luoyanggeheshangmaoyouxiangongsi.**

Stated address: 镇海街道天妃路正荣财富中心C栋G6676, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 洛阳割荷商贸有限公司 (USCC: 91410327MAEAD1N01M, 法人: 安富英, status: 存续 active). The registered address

98

(河南省洛阳市宜阳县香鹿山镇滨河北路水岸花园二号楼三单元502室) does not match the platform-stated address. The address contains cluster-registration markers.

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



## No. 57 — TaiYuanChengShuoShangMao.

Stated address: 镇海街道天妃路正荣财富中心D座5630, 莆田市, 荔城区, 福建省, 351100, CN.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 太原澄烁商贸有限公司 (USCC: 91140106MA0M5BCP5H, 法人: 陈大鹏, status: 注销 deregistered). The platform-disclosed

Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity. The address contains cluster-registration markers.

*Screenshots (in order):*

Google



Google Maps



101

Baidu Maps (百度地图)



Amap (高德地图)



**No. 58 — Taozhi Qianli.**

Stated address: 鲤南镇, 九里新苑5期29栋2单元1604室, 莆田市, 仙游县, 福建, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



103

Baidu Maps (百度地图)



Amap (高德地图)



**No. 59 — Falaza.**

Stated address: longyangongyedadao42hao, Cchangfangyilou, dongguanshi, humenzhen, guangdongsheng, 523920, CN.

The exact address cannot be located.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap.

*Screenshots (in order):*

Google



Google Maps



### No. 61 — FHMDREUP.

Stated address: 鲤城街道紫檀南街469号, 莆田市, 仙游县, 福建省, 351200, CN.

The exact address cannot be located.

Result: Tianyancha company search returned no matching registered entity. The Google and Chinese-language map searches (Google Maps, Baidu Maps, and Amap) did not verify the stated address as a business premises connected to this defendant.

105

*Screenshots (in order):*

Google



Google Maps



Baidu Maps (百度地图)



Amap (高德地图)



### No. 62 — zhaobashangmao.

Stated address: yunnanshengqujingshihuizexianyilijiedaobanshichuhebinjuweihui50dong41hao, qujing, YN 655000, CN.

The exact address cannot be located.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap.

*Screenshots (in order):*

Google



Google Maps



**No. 64 — Run headset store.**
Stated address: WuHanShiQiaoKouQuBaoFengErLu74HaoX147Hao, WuHanShi, HB 430030, CN.
The exact address cannot be located.
Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap.

*Screenshots (in order):*

Google



Google Maps



**No. 66 — Yingjie Men store.**
Stated address:
HeNanShengAnYangShiLongAnQuDongFengXiangAnCaiDaDaoYuGangHuaFuLuJinQiuHuaFuXiaoQu2HaoLou, AnYangShi, HA 455000, CN.
The exact address cannot be located.
Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap. The address is located in a residential building.

*Screenshots (in order):*

Google



Google Maps



**No. 67 — Hot Wind Art.**

Stated address: Not Found (seller page not available; last-known address captured in screenshot). The exact address cannot be located. The seller page is not available.

Result: The seller information page is not available; no verifiable address exists for this defendant.