# EXHIBIT B

# EXHIBIT B — PRC Business-Registry (Tianyancha 天眼查) Check

*Abraham Hunter v. Schedule A, 1:25-cv-13150 — to the Declaration of Yanling Jiang*

This Exhibit records the PRC business-registry (Tianyancha 天眼查) check for the fifty-six China Defendants. The three Vietnam Defendants (Schedule Nos. 5, 16, and 34) are not registered PRC entities and are outside the scope of a PRC-registry check; the address investigation for those Defendants appears in Exhibit A. Defendants voluntarily dismissed per ECF [27] (Nos. 4, 17, 18, 41, 63, 65) and ECF [42] are listed below and marked as dismissed; the original Schedule numbering is otherwise preserved.

**Result summary — of the 56 China sellers checked, none returned a registered entity that can be verified as the person to be served at a verifiable address: for each seller, either no registered entity was returned; the entity returned does not match the platform-disclosed name; or, where a registered entity transliterates to the platform name, its registered address does not match the platform-disclosed address. (Where a registered entity was returned, its registry detail is stated in the corresponding Exhibit A entry.)**

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 1 | daiyuanbiaoshop | no match | n/a | n/a |
| 2 | helinlin12345 | no match | n/a | n/a |
| 3 | li ping Street sign poster | no match | n/a | n/a |
| 4 | bin zhen quality poster | Dismissed [ECF 27] | Dismissed [ECF 27] | Dismissed [ECF 27] |
| 5 | BUI DUC TAM NB | Vietnam — not a PRC entity (see Exhibit A) | n/a | n/a |
| 6 | zhi cha DH art poster | no match | n/a | n/a |
| 7 | quwoxianhanxuanshangmaoyouxiangongsi | entity returned — no match | 曲沃县汉暄商贸有限公司 / 陈向前 / 91141021MAE77N7F7J (存续 active) | registered address does not match platform address (cluster-registration / workstation / office-only) |
| 8 | American Standard Poster Shop | no match | n/a | n/a |
| 9 | yu li Boutique poster | no match | n/a | n/a |

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 10 | chentiantian1 | no match | n/a | n/a |
| 11 | sics8 | no match | n/a | n/a |
| 12 | yi shuai Handsome poster | no match | n/a | n/a |
| 13 | cheng wu Infinite have love studio | no match | n/a | n/a |
| 14 | ting fa | no match | n/a | n/a |
| 15 | Yennnnn poster | no match | n/a | n/a |
| 16 | ĐỨC BALOTELI | Vietnam — not a PRC entity (see Exhibit A) | n/a | n/a |
| 17 | jin na Art Studio | Dismissed [ECF 27] | Dismissed [ECF 27] | Dismissed [ECF 27] |
| 18 | YI XIN Hd oil painting poster | Dismissed [ECF 27] | Dismissed [ECF 27] | Dismissed [ECF 27] |
| 19 | Fit Sew | entity returned — no match | 浙江省临安市昌化汽配缝制设备有限公司 / 李志华 / 91330185143781430L (注销 deregistered) | does not match (unrelated, deregistered entity; residential) |
| 20 | HuHeHaoTeShiLunMinChengShangMao | no match | n/a | n/a |
| 21 | lingbos | entity returned — no match | 领博生物科技（杭州）有限公司 / 王为超 / 91330101MA2GK5GR0C (存续 active) | does not match (unrelated entity; cluster-registration) |
| 22 | lyxrrdq | no match | n/a | n/a |
| 23 | SuiZhouShiZengDuQuXuYuYuan | no match | n/a | n/a |
| 24 | YuZhouShiWeiXuShangMaoYouXianGongSi | entity returned — no match | 禹州市帏煦商贸有限公司 / 李涛 / 91411081MAEGHB8M0J (存续 active) | registered address does not match platform address |
| 25 | CaoLi47 | no match | n/a | n/a |
| 26 | xiaosnan | entity returned — no match | 杭州萧山水务有限公司 / 孙伟德 / 91330109MA7FK7M956 (存续 active) | does not match (unrelated entity; cluster-registration) |
| 27 | HeNanJiuQuanLeShangMao | no match | n/a | n/a |
| 28 | fly flower | no match | n/a | n/a |
| 29 | Ou Duo | no match | n/a | n/a |

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 30 | jiangxianshuaixianshangmaoyouxiangongsi | no match | n/a | n/a |
| 31 | AE9EUX17M | no match | n/a | n/a |
| 32 | chenyi art | no match | n/a | n/a |
| 33 | 裙发科技店 | no match | n/a | n/a |
| 34 | BXCV4RE | Vietnam — not a PRC entity (see Exhibit A) | n/a | n/a |
| 35 | ZHENGMEIGE | no match | n/a | n/a |
| 36 | Fansipro Direct | no match | n/a | n/a |
| 37 | wenxinchenyu | no match | n/a | n/a |
| 38 | qiuxuhuyang | no match | n/a | n/a |
| 39 | jia-home-xzzyc | no match | n/a | n/a |
| 40 | qujingshengcaidianzishangwuyouxiangongsi | entity returned — no match | 曲靖生财电子商务有限公司 / 易宏程 / 91530302MABXNX1Y76 (注销 deregistered) | does not match (unrelated, deregistered entity; residential) |
| 41 | Ginfonr | Dismissed [ECF 27] | Dismissed [ECF 27] | Dismissed [ECF 27] |
| 42 | BaoFengXianJunPengJiaJu | no match | n/a | n/a |
| 43 | Scor-Yan-Auxi | no match | n/a | n/a |
| 44 | 厨局康商贸 | no match | n/a | n/a |
| 45 | Guangzhou Bangqun Trading Co., Ltd | no match | n/a | n/a |
| 46 | Futterya | no match | n/a | n/a |
| 47 | dong bin Glamour poster | no match | n/a | n/a |
| 48 | YangJiangShiQianJinMaoYiYouXianGongSi | Dismissed [ECF 42] | Dismissed [ECF 42] | Dismissed [ECF 42] |
| 49 | JJIWE | no match | n/a | n/a |
| 50 | WanShiShengJianZhuGongCheng | entity returned — no match | 山西万事昇建筑工程有限公司 / 王志刚 / 91140823MAEEMWWF9K (存续 active) | registered address does not match platform address |

4

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 51 | BeiLingJingMao | entity returned — no match | 云南贝灵经贸有限公司 / 袁峰 / 91530111560089066H (存续 active) | registered address does not match platform address |
| 52 | artsselling | no match | n/a | n/a |
| 53 | liuli668 | no match | n/a | n/a |
| 54 | huanglixiangYS | no match | n/a | n/a |
| 55 | zhongyanfen13 | no match | n/a | n/a |
| 56 | luoyanggeheshangmaoyouxiangongsi | entity returned — no match | 洛阳割荷商贸有限公司 / 安富英 / 91410327MAEAD1N01M (存续 active) | registered address does not match platform address (cluster-registration) |
| 57 | TaiYuanChengShuoShangMao | entity returned — no match | 太原澄烁商贸有限公司 / 陈大鹏 / 91140106MA0M5BCP5H (注销 deregistered) | does not match (unrelated, deregistered entity; cluster-registration) |
| 58 | Taozhi Qianli | no match | n/a | n/a |
| 59 | Falaza | no match | n/a | n/a |
| 60 | tongbaixianmengyushangmaoyouxiangongsi | Dismissed [ECF 42] | Dismissed [ECF 42] | Dismissed [ECF 42] |
| 61 | FHMDREUP | no match | n/a | n/a |
| 62 | zhaobashangmao | no match | n/a | n/a |
| 63 | Leixu Home Co. Ltd. | Dismissed [ECF 27] | Dismissed [ECF 27] | Dismissed [ECF 27] |
| 64 | Run headset store | no match | n/a | n/a |
| 65 | Little Ant DIY Art Painting | Dismissed [ECF 27] | Dismissed [ECF 27] | Dismissed [ECF 27] |
| 66 | Yingjie Men store | no match | n/a | n/a |
| 67 | Hot Wind Art | no match | n/a | n/a |

**Bearing on service.** For each of the 56 China sellers, no registered entity could be verified as the person to be served at a verifiable address, and no stated address verified; all 56 are therefore address-not-known and fall within the email / Rule 4(f)(3) service group.

5