## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Abraham Hunter

         Plaintiff,

v.               Case No.: 1:25−cv−13150

                Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

  MINUTE entry before the Honorable Robert W. Gettleman: The court has reviewed plaintiff's supplemental memorandum [Dkt. [44]]. The court finds that after conducting a reasonably diligent investigation, plaintiff has shown that the addresses of the fifty−six Chinese defendants in this case are unknown. See Peanuts Worldwide LLC v. Partnerships, 347 F.R.D. 316, 328 (N.D. Ill. 2024); see also Smart Study Co. v. Acuteye−Us, 620 F. Supp. 3d 1382, 1391 (S.D.N.Y. 2022). Thus, the court finds that the Hague Convention does not apply to these defendants. See Hague Convention Article 1. As to the three defendants who are based in Vietnam (defendants nos. 5, 16, and 34 as designated in plaintiff's schedule A), plaintiffs have not conducted a reasonably diligent investigation to show that these defendants' addresses are unknown. Plaintiffs shall serve these Vietnam−based defendants either through the designated Vietnamese central authority in accordance Hague Convention or by registered mail with acknowledgement of receipt in accordance with Vietnam's declaration under Articles 10 and 21 of the Hague Convention. Motion for entry of default and default judgment [Dkt. [43]] is granted in part, as to the fifty−six Chinese defendants. Plaintiffs are directed to submit to the clerk a proposed default judgment order for the fifty−six Chinese defendants, excluding the three Vietnamese defendants. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.